UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 17- |
| | : | |
| v. | : | |
| | : | Violation: |
| KaSHAUN PERKINS, | : | 18 U.S.C. § 1343 (Wire Fraud). |
| | : | |
| Defendant. | : | Criminal Forfeiture: |
| | : | 18 U.S.C. § 981(a)(1)(C); 21 U.S.C. § 853(p); |
| | : | 28 U.S.C. § 2461(c). |

## INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

### (WIRE FRAUD)

#### Introduction

At all times material to this Information:

1. From about December 2014 to July 2015 the defendant KaSHAUN PERKINS worked as a payroll specialist at a business identified in these proceedings as FGG.

2. As a payroll specialist, the defendant KaSHAUN PERKINS managed external payroll provider services in order to ensure salaries were accurately and timely processed for payments. Part of the responsibilities included: processing payroll payments; verifying transactions for compliance with the employer's policies and procedures; reconciling payroll with budgets; maintaining the payroll master file in coordination with human resources and finance departments. He also updated the payroll and human resources information systems with bank account numbers, Social Security numbers, addresses, and names of employees, and maintained employee records.

1

3. The defendant KaSHAUN PERKINS worked in FGG's Washington, D.C. office, specifically in the 1300 block of Pennsylvania Avenue, NW, Washington, D.C., and contacted the external payroll provider service via interstate wire communications, that being a connection from his computer at his office in the District of Columbia to the payroll provider service.

4. The defendant KaSHAUN PERKINS authorized his salary to be directly deposited into a Fidelity Bank account, account number xxxx6250; in addition, the defendant KaSHAUN PERKINS held a joint account with another individual at Capital One Bank, account number xxxx3663.

## The Scheme

5. Between in or about January and July 2015, in the District of Columbia and elsewhere, the defendant KaSHAUN PERKINS devised and intended to devise a scheme to defraud and to obtain money and property from FGG by means of materially false and fraudulent pretenses, representations, and promises, as more fully described below.

## Purpose of the Scheme to Defraud

6. It was a purpose of the scheme to defraud that the defendant KaSHAUN PERKINS embezzled approximately $275,000 from FGG using ghost employee salary payments deposited into accounts controlled by the defendant KaSHAUN PERKINS.

## Manner and Means

7. It was part of the scheme to defraud that the defendant KaSHAUN PERKINS altered a terminated employee's payroll profile, repeatedly changing entries such as name, Social Security number, bank account number, address, and salary payments, although, in fact, none of the altered data corresponded to an actual employee.

8. It was a further part of the scheme to defraud that through these changes to the payroll system, the defendant KaSHAUN PERKINS caused unauthorized salary payments to be directly deposited into accounts in his name, accounts with his joint ownership, and accounts under his control, and by directing the payroll provider service to make these payments, he obtained "salary" payments of "ghost" employees totaling $249,096.30. FGG paid an additional $26,092 in tax withholdings, for a total loss to FGG of $275,188.30.

9. On or about January 7, 2015, in the District of Columbia and elsewhere, the defendant KaSHAUN PERKINS for the purpose of executing and attempting to execute the above-described scheme to defraud, did willfully cause to be transmitted by means of wire communication in interstate commerce from the District of Columbia certain writings, signals, and sounds, that is, communications to the payroll service provider instructing it to pay purported salary payments to "ghost" employee identified in these proceedings as "WJA," with payments consisting of $6,515.22 and $12,500, into bank accounts controlled by the defendant KaSHAUN PERKINS.

**(Wire Fraud, in violation of Title 18, United States Code, Section 1343).**

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant KaSHAUN PERKINS shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment in the amount of at least $249,096.30, which is equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. Upon conviction of the offense alleged in Count One, the defendant KaSHAUN PERKINS shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment in the amount of at least $249,096.30, which is equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c)).**

CHANNING D. PHILLIPS
United States Attorney
for the District of Columbia

By: /s/ Virginia Cheatham

VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Virginia.cheatham@usdoj.gov
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W., Room 5836
Washington, D.C. 20530
(202) 252-7820

5